STEPHEN SORENSON, Acting United States Attorney (#3049)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2006 MAY 31  P 4: 18

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| vs. | |
| WAI KIT KWAN | VIO: 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity |
| Defendant. | |

Judge Dee Benson
DECK TYPE: Criminal
DATE STAMP: 05/31/2006 @ 14:45:40
CASE NUMBER:  2:06CR00391  DB

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

Between April 6, 2006 and May 30, 2006, in the Central Division of the District of Utah,

WAI KIT KWAN

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the

1

age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce: all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

STEPHEN J. SORENSON
Acting United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney